In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00024-CV


______________________________




LaBRENDREA MILLER, Appellant



V.



BRENDA BORDERS, Appellee




 


On Appeal from the County Court at Law No. 3


Dallas County, Texas


Trial Court No. CC-99-09450-C




 




Before Morriss, C.J., Ross, and Carter, JJ.


Memorandum Opinion by Justice Ross



MEMORANDUM OPINION



 LaBrendrea Miller, appellant, and Brenda Borders, appellee, have filed a joint
motion asking this Court to dismiss the appeal because of a settlement reached between
the parties. They also ask this Court to direct that all costs be taxed against the party that
incurred those costs. Pursuant to Tex. R. App. P. 42.1, the motion is granted. 

 The appeal is dismissed, with costs taxed against the party that incurred the costs.



 Donald R. Ross

 Justice


Date Submitted: January 16, 2003

Date Decided: January 22, 2003